ORDERED.

Dated: February 04, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

IN RE:

ROWENA M. GRAY-LESLIE,   CASE NO.: 6:18-bk-07666-KSJ
                         CHAPTER 7

    Debtor(s).
_____/

**ORDER GRANTING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
*Property Address: 27409 HAMMOCK VIEW CT, YALAHA, FL34797*

This case came before the Court on Creditor's, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("Creditor"), Motion for Relief from the Automatic Stay [D.E. 15 ] pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested, the Court deems the Motion to be uncontested. The Court makes no determination that the Debtor has defaulted on the underlying obligation or as to the Creditor's standing. Accordingly, it is

**ORDERED:**

1.    Creditor's Motion for Relief from the Automatic Stay is **GRANTED**.

2.    The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to this Creditor its successors and/or assignees, and the Creditor may proceed with foreclosure of its lien on the following property:

LOT 16 OF LAKES AND SPRINGS SUBDIVISION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 38, PAGES 49 THROUGH 53, OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.

**Property Address:** 27409 HAMMOCK VIEW CT, YALAHA, FL 34797

3.    This Order is entered for the sole purpose of allowing Creditor, its successors and/or assignees, to obtain an *in rem* judgment against the property described above. Creditor shall not seek an *in personam* judgment against Debtor(s).

4.    Bankruptcy fees and costs of $526.00 are awarded *in rem* for the Motion.

5.    Creditor, its successors and/or assignees, may, at its option, offer provide and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement. Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

*Attorney for Creditor, Ida A. Moghimi-Kian, is directed to serve copies of this order on interested parties and file a certificate of service within 3 days of the entry of the order.*

1492-171941
YB.