# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                                 Case No. 6:18-bk-07666-KSJ
                                                                                           Chapter 7

**ROWENA M. GRAY-LESLIE,**

## PROOF OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the Order Granting Relief from Automatic Stay (Docket Entry # 27) and any applicable exhibits attached thereto, have been served electronically, or routed for service by U.S. Mail, to the following:

ROWENA M. GRAY-LESLIE
27409 HAMMOCK VIEW CT
YALAHA, FL 34797

WILLIAM J. SANCHEZ, Esquire
THE INDEPENDENCE LAW FIRM
1800 PEMBROOK DRIVE, SUITE 300
ORLANDO, FL 32801

ARVIND MAHENDRU, (TRUSTEE)
5703 RED BUG LAKE ROAD, #284
WINTER SPRINGS, FL 32708

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C. YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FLORIDA 32801

Date:  February 27, 2019                /s/ Stefan Beuge, Esquire
                                                       Stefan Beuge, Esq., Florida Bar No. 68234
                                                       Phelan Hallinan Diamond & Jones, PLLC
                                                       2001 NW 64th Street
                                                       Suite 100
                                                       Ft. Lauderdale, FL 33309
                                                       Tel: 954-462-7000 Ext. 56588
                                                       Fax: 954-462-7001
                                                       Email: stefan.beuge@phelanhallinan.com
                                                       FLMD.bankruptcy@phelanhallinan.com

PH # 94140